1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          CENTRAL DISTRICT OF CALIFORNIA

9

10    DAVID MERCADO,                              No.  CV 09-6958-JST (AGR)

11                    Petitioner,
                                                  ORDER ACCEPTING FINDINGS AND
12    v.                                          RECOMMENDATION OF UNITED
                                                  STATES MAGISTRATE JUDGE
13    GARY SANDOR, Warden,

14                    Respondent.

15

16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

17    file, and the Report and Recommendation of the United States Magistrate Judge.

18    Petitioner has not filed any Objections to the Report.  The Court accepts the findings

19    and recommendation of the Magistrate Judge.

20          IT IS ORDERED that Judgment be entered denying the Petition and dismissing

21    this action with prejudice.

22

23    DATED:  1/26/2012

24                                                JOSEPHINE STATON TUCKER
                                                  UNITED STATES DISTRICT JUDGE

25

26

27

28