UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MERCADO, | No. CV 09-6958-JST (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| GARY SANDOR, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 1/26/2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE